**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Tiger Fiber, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **83-3231929** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**2401 Mississippi Avenue**<br>**Building 4A**<br>**East Saint Louis, IL 62201**<br>Number, Street, City, State & ZIP Code<br>**Saint Clair**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **https://tigerfiberhemp.com/** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Tiger Fiber, Inc.**
Name

Case number (*if known*) ____________

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Tiger Fiber, Inc.** Case number (*if known*) ____________
Name

List all cases. If more than 1, attach a separate list

Debtor ____________ Relationship ____________
District ____________ When ____________ Case number, if known ____________

**11. Why is the case filed in *this district?***

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other ____________

**Where is the property?** ____________
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency ____________
  Contact name ____________
  Phone ____________

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [x] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [ ] 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [x] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [x] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

Debtor **Tiger Fiber, Inc.**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 30, 2026**
MM / DD / YYYY

*X* **/s/ James Forbes**
Signature of authorized representative of debtor

**James Forbes**
Printed name

Title **President**

**18. Signature of attorney**

*X* **/s/ Andrew R. Magdy**
Signature of attorney for debtor

Date **October 30, 2026**
MM / DD / YYYY

**Andrew R. Magdy**
Printed name

**Summers Compton Wells LLC**
Firm name

**903 S Lindbergh Blvd Suite 200**
**Saint Louis, MO 63131**
Number, Street, City, State & ZIP Code

Contact phone **314-991-4999** Email address **amagdy@summerscomptonwells.com**

**60390MO MO**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tiger Fiber, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **A.H. Meyer and Sons<br>PO Box 98<br>Winfred, SD 57076** | | **Business related obligation** | | | | **$14,776.69** |
| **Anthony Atlas<br>689 Airport Center #220<br>Friday Harbor, WA 98250** | | **Shareholder Loan** | | | | **$62,500.00** |
| **AST Genetics LLC<br>Attn: Aaron G. Weishaar<br>One Bank of America Plaza<br>800 Market Street, Suite 21`00<br>Saint Louis, MO 63101** | | **Vendor** | **Contingent<br>Unliquidated<br>Disputed** | | | **$117,352.40** |
| **Bank of America<br>100 N. Tyron Street<br>Charlotte, NC 28255** | | **Credit card purchases** | | | | **$52,026.13** |
| **Bank of America<br>100 N. Tyron Street<br>Charlotte, NC 28255** | | **Credit card purchases** | | | | **$16,644.20** |
| **CJC Transportation<br>4659 World Pkwy Circle<br>Saint Louis, MO 63134** | | **Business related obligation** | | | | **$16,722.00** |
| **Commerce Bank<br>5701 West Main Street<br>Belleville, IL 62226** | | **Business loan** | | | | **$49,681.25** |
| **Dave Spence<br>180 Hillside Court<br>Lake Ozark, MO 65049** | | **Shareholder Loan** | | | | **$291,252.98** |

Debtor **Tiger Fiber, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **E Advance Services LLC<br>370 Lexington Avenue, Suite 801<br>New York, NY 10017** | | **Merchant Cash Advance** | | | | **$17,988.00** |
| **Essential Funding c/o Pure Capital Settlement Group<br>250 Park Avenue<br>New York, NY 10177** | | **Merchant Cash Advance** | | | | **$21,788.80** |
| **First Line Advance<br>99 Wall Street Suite 2615<br>New York, NY 10005** | | **Merchant Cash Advance** | | | | **$15,000.00** |
| **HRIF Fund 32, Loan A<br>7733 Forsyth Blvd, Suite 2200<br>Saint Louis, MO 63105** | | | | | | **$4,957,900.00** |
| **HRIF Fund 32, Loan B<br>7733 Forsyth Blvd, Suite 2200<br>Saint Louis, MO 63105** | | | | | | **$1,797,100.00** |
| **Jerred Killoren<br>c/o Matthew Jacober<br>190 Carondelet Plaza, Suite 1400<br>Saint Louis, MO 63105** | | **Business loan** | **Contingent<br>Disputed** | | | **$130,000.00** |
| **Jet Enterprises and Holdings Co., LLC<br>2401 Mississippi Avenue<br>Sauget, IL 62201** | | **Past due rent** | | | | **$45,000.00** |
| **John McCurdy Living Trust<br>43 Lynbrook Road<br>Saint Louis, MO 63131** | | **Shareholder loan** | | | | **$332,500.00** |
| **LJ1, LLC<br>c/o Matthew Jacober<br>190 Carondelet Plaza Suite 1400<br>Saint Louis, MO 63105** | | **Promissory note** | **Disputed** | | | **$900,000.00** |

Debtor **Tiger Fiber, Inc.** Case number *(if known)*
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Quickbooks/Intuit<br>2700 Coast Avenue<br>Mountain View, CA 94043** | | **Line of credit** | | | | **$23,712.56** |
| **Splash Advance LLC<br>3350 NW 2nd Avenue A14<br>Boca Raton, FL 33431** | | **Merchant Cash Advance** | | | | **$15,000.00** |
| **Wilscot<br>6400 E. McDowell Road Suite 200<br>Scottsdale, AZ 85257** | | **Past Due Rent** | | | | **$44,187.50** |

# United States Bankruptcy Court
## Southern District of Illinois

| | | | |
|---|---|---|---|
| In re | **Tiger Fiber, Inc.** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date: **October 30, 2026**

**/s/ James Forbes**
**James Forbes**/**President**
Signer/Title

A.H. Meyer and Sons
PO Box 98
Winfred, SD 57076

Advance Syndicate
370 Lexington Avenue
Suite 801
New York, NY 10001-7000

Anders CPAs + Advisors
800 Market Street
Suite 500
Saint Louis, MO 63101

Anthony Atlas
689 Airport Center #220
Friday Harbor, WA 98250

Armstrong Transporation
1120 S. Tyron St. #500
Charlotte, NC 28255

Aspire Funding
50 Tice Blvd
Woodcliff Lake, NJ 07677

AST Genetics LLC
Attn: Aaron G. Weishaar
One Bank of America Plaza
800 Market Street, Suite 21`00
Saint Louis, MO 63101

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bill.com
6220 America Center Drive
Suite 100
Alviso, CA 95002

CJC Transportation
4659 World Pkwy Circle
Saint Louis, MO 63134

Commerce Bank
5701 West Main Street
Belleville, IL 62226

Dave Spence
180 Hillside Court
Lake Ozark, MO 65049

E Advance Services LLC
370 Lexington Avenue, Suite 801
New York, NY 10017

EJA Trucking
11126 Lindbergh Business Court
Saint Louis, MO 63123

Essential Funding
c/o Pure Capital Settlement Group
250 Park Avenue
New York, NY 10177

First Line Advance
99 Wall Street Suite 2615
New York, NY 10005

Good Life Growing LLC
230 Chambers Road
Saint Louis, MO 63137

Hempstead (Groomer Hollow LLC)
40 Ellerslie Road
Rhinebeck, NY 12572

HRIF Fund 32, Loan A
7733 Forsyth Blvd, Suite 2200
Saint Louis, MO 63105

HRIF Fund 32, Loan B
7733 Forsyth Blvd, Suite 2200
Saint Louis, MO 63105

Illinois Department of Employment Securi
1300 South Ninth Street
Springfield, IL 62703

Illinois Department of Revenue
Bankruptcy Unit
Willard Ice Building
101 West Jefferson St.
Springfield, IL 62702

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James Forbes
6060 Juniata Street
Saint Louis, MO 63139

Jerred Killoren
c/o Matthew Jacober
190 Carondelet Plaza, Suite 1400
Saint Louis, MO 63105

Jet Enterprises and Holdings Co., LLC
2401 Mississippi Avenue
Sauget, IL 62201

John McCurdy Living Trust
43 Lynbrook Road
Saint Louis, MO 63131

Katan Capital LLC
1 Old Middletown Road Suite 200
Pearl River, NY 10965

Lewis Rice
600 Washington Avenue
Suite 2500
Saint Louis, MO 63101

LJ1, LLC
c/o Matthew Jacober
190 Carondelet Plaza Suite 1400
Saint Louis, MO 63105

Missouri Department of Revenue
Bankruptcy Unit
301 W High Street
PO Box 475
Jefferson City, MO 65105

Prairie Producers
2430 W. Lincoln Avenue
Olivia, MN 56277

Quickbooks/Intuit
2700 Coast Avenue
Mountain View, CA 94043

Richard Selby
10444 N. Randolph Avenue
Kansas City, MO 64157

Simplified Environmental Services
607 Trade Center Blvd
Chesterfield, MO 63005

Spartan Business Solutions LLC
d/b/a Spartan Capital
1301 Hwy 36 Blvd 2
Hazlet, NJ 07730

Splash Advance LLC
3350 NW 2nd Avenue A14
Boca Raton, FL 33431

St. Clair County
10 Public Square
Belleville, IL 62220

TF Leverage Lender LLC
c/o Matthew Jacober
190 Carondelet Plaza, Suite 1400
Saint Louis, MO 63105

United Health Care
PO Box 31394
Salt Lake City, UT 84131

Wilscot
6400 E. McDowell Road Suite 200
Scottsdale, AZ 85257